**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO MORENO PARRALES,<br><br>    Petitioner,<br><br>  v.<br><br>FERETI SEMAIA, WARDEN, ETC., ET AL.,<br><br>    Respondents. | No. ED CV 26-2030-JGB(E)<br><br>ORDER GRANTING PETITION FOR<br><br>WRIT OF HABEAS CORPUS |

On April 22, 2026, Petitioner, a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Verified Petition for Writ of Habeas Corpus, etc." ("the Petition"). The Petition contends, inter alia, that Petitioner's December 3, 2025 arrest and re-detention violated Petitioner's due process rights. The Petition seeks, inter alia, Petitioner's immediate release from detention on the conditions of supervision existing prior to the December 3, 2025 re-detention and an injunction against any further re-detention absent prior notice and a pre-deprivation bond hearing.

On May 7, 2026, Respondents filed a "Response to Petition for Writ of Habeas Corpus" ("the Response"). The Response states: "Respondents are not presenting an opposition argument." On May 7, 2026, Petitioner filed a Reply.

///

Based on the factual allegations in the Petition, the Court finds that Petitioner's December 3, 2025 arrest and re-detention violated Petitioner's due process rights.  Therefore, it is ordered that judgment be entered:  (1) requiring Respondents to release Petitioner from detention immediately on the same conditions existing prior to Petitioner's December 3, 2025 re-detention; and (2) enjoining Respondents from any further re-detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

Dated: May 15, 2026.

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PRESENTED this 13th day of May, 2026, by:

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2